435 F.2d 687
 Willie J. RANGE, Plaintiff-Appellant,
v.
LIBERTY MUTUAL INSURANCE CO. et al., Defendants-Appellees.
 No. 29272.
 United States Court of Appeals, Fifth Circuit.
 December 8, 1970.
 
 Appeal from the United States District Court for the Southern District of Florida at Miami; Charles B. Fulton, Chief Judge.
 Alan H. Dombrowsky, Miami, Fla., for plaintiff-appellant.
 Paul R. Larkin, Jr., James E. Tribble, Reginald L. Williams, Miami, Fla., for defendants-appellees.
 Before THORNBERRY, GOLDBERG and AINSWORTH, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966